UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>    Petitioner,<br><br>    v.<br><br>SATAN THE DEVIL<br>TERRI MCDONALD, CHIEF P.D.<br>L.A. COUNTY,<br><br>    Respondent. | No. CV 19-4510 SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Habeas Action and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 10, 2019

                                          STEPHEN V. WILSON
                                      United States District Judge